# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                              Plaintiff,

        v.

Jose Paulino RAMIREZ Trinidad,

                              Defendant.

Case No.:   **26-mj-03523**

COMPLAINT FOR VIOLATION OF

Title 21 U.S.C. §§ 952 and 960
Importation of a Controlled Substance
(Felony)

The undersigned complainant being duly sworn states:

### COUNT 1

On or about June 12, 2026, within the Southern District of California, Jose Paulino RAMIREZ Trinidad did knowingly and intentionally import 1 kilogram and more, to wit: approximately 6.02 kgs (13.27 lbs) of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

### COUNT 2

On or about June 12, 2026, within the Southern District of California, Jose Paulino RAMIREZ Trinidad, did knowingly and intentionally import 400 grams and more, to wit: approximately 24.04 kgs (52.99 lbs), of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethly)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

U.S.A

_____
Special Agent Robin Wren
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 15th of June 2026.

_____
STEVE B. CHU
U.S. MAGISTRATE JUDGE

2

United States
v.
Jose Paulino RAMIREZ Trinidad

## PROBABLE CAUSE STATEMENT

I, Special Agent Robin Wren, declare under penalty of perjury, the following is true and correct:

On June 12, 2026, at approximately 5:42 PM, Jose Paulino RAMIREZ Trinidad, ("RAMIREZ"), a permanent resident, applied for entry into the United States from Mexico through the San Ysidro Port of Entry in vehicle lane #1. RAMIREZ was the driver, sole occupant, and registered owner of a 2007 Toyota Prius ("the vehicle") bearing California license plates.

A Customs and Border Protection Officer (CBPO) received two negative Customs declarations from RAMIREZ. RAMIREZ stated he was crossing the border to go to Oxnard, California. RAMIREZ declared that he had lost his passport and that it had been stolen.

RAMIREZ stated no one had asked him to transport anything from Mexico to the United States. RAMIREZ stated that no one had asked him to transport anything from the United States to Mexico. RAMIREZ stated that no one other than himself had control of the vehicle in the past three days. After querying RAMIREZ full name and Date of Birth in the system, the CBPO received a computer-generated alert and refereed the vehicle to secondary.

1

United States
v.
Jose Paulino RAMIREZ Trinidad

A Canine Enforcement Team was conducting secondary inspection operations when the Human and Narcotic Detection Dog alerted to the trunk of the vehicle.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the rear area of the vehicle.

Further inspection of the vehicle resulted in the discovery of 25 total packages concealed in the rear bumper of the vehicle. 5 of the packages contained a substance, a sample of which field tested positive for the characteristics of heroin, with a total approximate weight of 6.02 kgs (13.27 lbs) and 20 of the packages contained a substance, a sample of which field tested positive for the characteristics of fentanyl, with a total approximate weight of 24.04 kgs (52.99 lbs).

RAMIREZ was placed under arrest at approximately 8:00 PM.

RAMIREZ was arrested and charged with a violation of Title 21, United States Code, Sections 952 and 960, importation of a controlled substance.

Executed on June 12, 2026, at 11:00 PM

_____

Robin Wren, HSI Special Agent

2

United States

v.

Jose Paulino RAMIREZ Trinidad

On the basis of the facts presented in this probable cause statement consisting of 03 pages, I find probable cause to believe the defendant, Jose Paulino RAMIREZ Trinidad, named in this probable cause statement, committed the offense on June 12, 2026, in violation of Title 21 United States Code, Sections 952 and 960, Unlawful Importation of a Controlled Substance.

8:27 AM, Jun 13, 2026

Hon. Steve B. Chu                    Date/Time
United States Magistrate Judge

3